# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Nathan Kevin Turner

V.                                                                                    **JUDGMENT IN A CIVIL CASE**

Bonnie Dumanis, A Fragoso, J Dries, San Diego
Crime Lab, Attorney General of the State of
California                                                             CASE NUMBER:   08cv179 JLS (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint is Dismissed without prejudice as frivolous and for failing to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

| April 16, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk

ENTERED ON April 16, 2008

08cv179 JLS (AJB)